UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Case No.: 19-CV-855-CAB-BGS |
| Plaintiff, | |
| | **ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT** |
| v. | |
| MARK POLLARD, | |
| Defendant. | [Doc. No. 18] |

In light of Defendant's acceptance of service and motion to dismiss [Doc. No. 19], it is hereby **ORDERED** that Plaintiff's motion for reconsideration [Doc. No. 18] is **DENIED AS MOOT**.

It is **SO ORDERED**.

Dated: October 4, 2019

_____

Hon. Cathy Ann Bencivengo
United States District Judge