UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARK POLLARD,<br><br>                                    Defendant. | Case No.:  19-CV-855-CAB-BGS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>[Doc. No. 19] |

In light of the first amended complaint, it is hereby **ORDERED** that Defendant's motion to dismiss [Doc. No. 19] is **DENIED AS MOOT**.  Defendant shall respond[1] to the first amended complaint on or before **October 31, 2019**.

It is **SO ORDERED**.

Dated:  October 7, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] Defendant may file an answer or a new motion to dismiss based on the allegations in the first amended complaint.