**FILED**
Nov 01 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ anthonyh  DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>Mark Pollard, an individual,<br>　　　　　Defendant. | Civil Case No. **19-cv-00855-CAB-BGS**<br><br>**PRAECIPE TO CLERK OF COURT TO PERFORM MINISTERIAL FUNCTION** |

**TO THE CLERK OF THE COURT:**

Plaintiff Anton Ewing hereby respectfully requests the Clerk of the Court to perform this Praecipe. This is not a motion. This is a formal request to the Clerk of the Court to perform a ministerial function. Please forthwith reject ECF No 24, Defendant's Motion to Dismiss (MTD). Defendant Pollard filed his MTD on 10/30/2019 and set a hearing date only 34 days later. The Honorable District Judge Cathy A. Bencivengo has set forth in her chamber rules that a motion hearing date must "be thirty-five (35) days from the motion's filing date." December 3, 2019 is not 35 days from October 30, 2019. Further, Local Rule

7.1(e)(4) requires an additional 3 days for US mailing of a motion. Therefore, ECF No. 24 must be rejected by the Clerk of the Court.

Dated:  November 1, 2019

                                                             Anton Ewing

                                                             /S/ *Anton Ewing*
                                                             Anton Ewing, Plaintiff
                                                             Pro per
                                                             Anton@AntonEwing.com

## PROOF OF SERVICE

I, Anton Ewing, am over 18, and a pro per plaintiff in this matter. I have filed this Praecipe and had it served on Defendant as follows:

**3:19-cv-00855-CAB-BGS**
**Notice has been mailed to:**

and by US Mail, postage pre-paid, first class to:

Mark Pollard
15055 Kensal Ct.,
Valley Center, CA 92082

I swear under penalty of perjury that the above was served as stated.

Dated: November 1, 2019

/S/ Anton Ewing
Anton Ewing

1

# HONORABLE CATHY ANN BENCIVENGO
## U.S. DISTRICT JUDGE
## CIVIL CASE PROCEDURES

<u>Chambers</u>
United States District Court
Southern District of California
221 West Broadway, Suite 4165
San Diego, CA 92101
Tel: (619) 557-7688
Courtroom: 4C

<u>Courtroom Deputy</u>
Lori Hernandez
(619) 557-6901

<u>Court Reporter</u>
Mauralee Ramirez
ordertranscript@gmail.com

Unless otherwise ordered, matters before Judge Bencivengo shall be conducted in accordance with the rules stated below. Unless specifically stated, these rules do not alter the requirements of this Court's Civil Local Rules or the Federal Rules of Civil Procedure.

**I.      Communications With Chambers**

**A.      Letters, faxes or emails:** Letters, faxes or emails to Chambers are prohibited unless specifically requested by the Court. If letters, faxes or emails are requested, copies of the same must be simultaneously delivered to all counsel and, absent prior approval by Chambers, must not exceed three pages in length, using twelve point font. Correspondence with the Court must state the manner in which it was served on all other counsel (e.g., "By Hand," "By Express Mail"). Copies of correspondence between counsel must **not** be sent to the Court unless specifically requested by the Court.

**B.      Telephone Calls:** *Parties seeking a motion date for a noticed motion should refer to Section II.* In light of the Court's procedure for setting motion dates, telephone calls to Chambers are rarely appropriate. Such calls may **only** be made by <u>counsel</u> with knowledge of the case. *Calls from secretaries, legal assistants, paralegals, or parties represented by counsel are prohibited.* Counsel should not call Chambers with procedural questions or to inquire whether any action has been taken with regard to a previously-submitted filing. The Court does not provide time estimates for its written rulings. Court personnel are prohibited from giving legal advice or discussing the merits of a case. When calling chambers, be prepared to identify your case by case name and case number so your call can be directed to the appropriate law clerk. If your call is not answered, you may leave a voicemail, including your name, contact information, case number, and a detailed message. Upon reviewing your voicemail, the Court may return the call if necessary.

EXHIBIT

**C.      Courtesy Copies:** Courtesy copies of filings that collectively exceed 20 pages in length shall be submitted to the Clerk's office by the second business day subsequent to the filing date, and the copies submitted **must contain the ECF-generated header** on each page. Courtesy copies shall be provided in cases where multiple filings in a single court day together exceed 20 pages in length. For voluminous filings, the Court prefers the documents to be tabbed and placed in 3-ring binders. Proofs of service need not be provided. If the original filing contained font, illustrations, charts, photographs or the like in color, the courtesy copies shall contain color copies as well.

For documents filed or lodged under seal, only the full, unredacted versions of those documents shall be provided in the Court's courtesy copy.

Please consult the Electronic Case Filing Administrative Policies and Procedures Manual for further information regarding the courtesy copy requirement.

**II.     Noticed Motions**

**A.      Motion Dates:** Parties filing a noticed motion must set the hearing date to be thirty-five (35) days from the motion's filing date.[1] Parties should *not* contact chambers for a motion hearing date.[2] Opposition and reply briefs are due based on the noticed date. The hearing date on a motion does not indicate a date when appearances are necessary; rather, it sets the briefing schedule for the motion pursuant to the applicable local rules. Consequently, the filing party should *not* specify a hearing time on its motion, and shall include the following language in the caption of the motion: PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. A party may request oral argument by filing a separate request that explains why oral argument would be helpful to the Court. If the Court grants a request for oral argument or *sua sponte* decides to hear oral argument, the Court will issue an order setting forth the date and time for oral argument.

**B.      Proposed orders:** Proposed orders shall only be submitted on non-dispositive, procedural motions in accordance with Section 2(h) of the Electronic Case Filing Administrative Policies and Procedures Manual. Counsel should email proposed orders in Word format directly to efile_bencivengo@casd.uscourts.gov.

**C.      Summary Judgment Motions:** Notwithstanding Civ.L.R. 7.1.f.1, Separate Statements of Fact shall **NOT** be filed.

**D.      Exhibits/Unreported Cases:** All exhibits submitted in support of motions should be excerpted to include only relevant material. All exhibits must be clearly labeled, dated, tabbed, and indexed. Copies of documents already contained on the electronic docket shall not be included as exhibits. Such documents should be cited in the text of the motion as

---

[1] For example, if the motion is filed on September 1, 2016, the motion date should be October 6, 2016.

[2] This rule supersedes the requirement of L.R. 7.1(b) that a motion date must be obtained from chambers.