Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br><br>        Plaintiff,<br><br>vs.<br><br>Mark Pollard, an individual,<br>        Defendant. | Civil Case No. **3:19-cv-00855-CAB-BGS**<br><br>**ANTON EWING'S APPLICATION FOR ENTRY OF DEFAULT AGAINST NON-RESPONDING DEFENDANT MARK POLLARD, AN INDIVIDUAL** |

TO THE CLERK OF THE COURT:

Pursuant to FRCP 55(a), Plaintiff Anton Ewing hereby makes this application for entry of default against Defendant Mark Pollard, an individual for failure to defend, and failure to file a responsive pleading within 21 days after service of the Summons and Complaint.

1 | Dated: November 1, 2019

Anton Ewing

/S/ Anton Ewing
Anton Ewing, Plaintiff
Pro per
Anton@AntonEwing.com

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Mark Pollard, an individual<br><br>Defendant | Civil Case No. **3:19-cv-00855-CAB-BGS**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MARK POLLARD, AN INDIVIDUAL, BY THE CLERK OF THE COURT PURSUANT TO FRCP 55.**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES** |

Plaintiff Anton Ewing ("Ewing") hereby respectfully applies to the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Mark Pollard, an individual for failure to respond to the Summons by filing an Answer or other responsive pleading. In support of this Application, Plaintiff is filing a Memorandum of Points and Authorities and

Statement of Material Facts. For the reasons provided in the supporting Memorandum, Plaintiff contends that Defendant's failure to comply with this Court's order constitutes a contempt, a failure to defend, and that he is entitled to judgment as a matter of law on his claims in the Complaint. Consequently, Plaintiff respectfully prays the Clerk of the Court enter default in his favor and against Defendant Mark Pollard, an individual.

Defendant Mark Pollard, an individual was served by a registered process server on October 2, 2019. The Summons required Defendant Mark Pollard, an individual, to respond within 21 days. Mark Pollard, an individual is not represented and has not responded to the complaint. Plaintiff also checked the CM/ECF system to see if any documents had been filed to date. Nothing has been filed.

**Wherefore,** the Clerk of the Court should grant Plaintiff's application for default because Defendant Mark Pollard, an individual has failed to comply with this Court's order contained in the Summons.

Dated: November 1, 2019

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this Application for Entry of Default and had it served on Defendant as follows:

**3:19-cv-00855-CAB-BGS**
**Notice has been mailed to:**

and by US Mail, postage pre-paid, first class to:

Mark Pollard
15055 Kensal Ct.,
Valley Center, CA 92082

I swear under penalty of perjury that the above was served as stated.

Dated: November 1, 2019

/S/ Anton Ewing
Anton Ewing