UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK POLLARD,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-CV-855-CAB-BGS<br><br>**ORDER RE PRAECIPE AND REQUEST FOR ENTRY OF DEFAULT**<br><br>[Doc. Nos. 25, 26] |

On November 1, 2019, Plaintiff filed two documents: (1) a "Praecipe to Clerk of Court to Perform Ministerial Function; and (2) Request for Entry of Default. As for the first document, Plaintiff asks the clerk to reject for filing Defendant's motion to dismiss [Doc. No. 24] because it sets a hearing date for briefing purposes only 34 days later, instead of 35 days as stated in the undersigned's chambers rules. Plaintiff's request is denied. The motion to dismiss shall remain filed with the hearing date for briefing purposes vacated. Plaintiff may file an opposition to the motion on or before **November 19, 2019**, and Defendant may file a reply on or before **December 5, 2019**. The Court will then take the motion under submission and enter an order in due course. As to Plaintiff's request for entry of default, in light of Defendant's motion to dismiss, the request is denied. The Clerk of Court is instructed not to enter Defendant's default.

　　It is **SO ORDERED**.

Dated: November 1, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge